IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAROLYN ROSSI,

    Plaintiff,                                      2:05-CV-00799-HDM-PAL

    vs.                                              **ORDER**

AARON WILLIAMS, *et al*,

    Defendants.

_____/

    The law firm of Mainor Eglet Cottle's Motion to Withdraw as Counsel of Record (#18) is granted in accordance with the telephonic hearing held on November 10, 2005.

    It is so Ordered.

    Dated this 23rd day of November, 2005.

                                                       /s/ Howard D. McKibben
                                                       _____
                                                       United States District Judge